# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE A. McNELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:14-cv-00828-SMS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 3) |

By motion filed May 30, 2014, Plaintiff Christine A. McNelly, by her attorney Jared T. Walker, seeks to proceed *in forma pauperis*. Plaintiff submitted a declaration indicating gross monthly household income for her husband and herself of $2554.00, and monthly housing and transportation expenses of $1163.00. Plaintiff's monthly income well exceeds her fixed expenses.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis*. Plaintiff shall pay the filing fee to the Clerk of Court on or before June 16, 2014. In the event that Plaintiff does not pay the filing fee, the Court shall dismiss this case for lack of prosecution without further notice.

IT IS SO ORDERED.

    Dated: **June 3, 2014**                    **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE