BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
JEAN M. TURK CSBN 131517
Special Assistant United States Attorney
    160 Spear Street Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8935
    Facsimile: (415) 744-0134

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

|  |  |
|---|---|
| CHRISTINE A. McNELLY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br><br>    Defendant. | Case No.: 1:14-CV-OO828 SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE RESPONDENT'S RESPONSIVE BRIEF |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for filing Respondent's Responsive Brief be extended from April 24, 2015 to May 1, 2015. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time because of a calendaring error. Defendant can meet her obligations with an additional one-week's time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Plaintiff's reply brief will be due on or before May 18, 2015.

      Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  April 24, 2015

Respectfully submitted,

*/s  Jared Walker*
(As authorized via email on April 24, 2015)
JARED WALKER
Attorney for Plaintiff

Dated:  April 24, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/  *Jean M. Turk*
JEAN M. TURK
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: 4/27/2015                    /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE